FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21 PM 2: 40

LORETTA G. WHYTE
CLERK
DOCKET NO. 1657

A CERTIFIED TRUE COPY
APR 20 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2006

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

C 06-1570 MHP

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-46)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,446 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



Inasmuch as no objection is pending at this time, the stay is lifted.
APR 20 2006
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
APR 26 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee___
___ Process___
X   Dktd
___ CtRmDep
___ Doc. No.

PAGE 1 of 4

## SCHEDULE CTO-46 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN 5 06-437 | Carl Davis, etc. v. Merck & Co., Inc. | | 06-2167 |
| **ALABAMA SOUTHERN** | | | |
| ~~ALS 2 06-122~~ | ~~Amanda Pritchett v. Merck & Co., Inc., et al.~~ | Opposed 4/19/06 | |
| **CALIFORNIA CENTRAL** | | | |
| CAC 2 06-1274 | Hassan Rahnavardi v. Merck & Co., Inc. | | 06-2168 |
| **CALIFORNIA EASTERN** | | | |
| CAE 1 06-271 | John F. Enriquez v. Merck & Co., Inc. | | 06-2169 |
| **CALIFORNIA NORTHERN** | | | |
| CAN 3 06-1570 | Robert Takle v. Merck & Co., Inc. | | 06-2170 |
| **DISTRICT OF COLUMBIA** | | | |
| DC 1 06-370 | James Bermingham, et al. v. Merck & Co., Inc. | | 06-2171 |
| **FLORIDA MIDDLE** | | | |
| FLM 5 06-88 | Margaret Ellis v. Merck & Co., Inc. | | 06-2172 |
| FLM 6 06-287 | Irene Harmon v. Merck & Co., Inc., et al. | | 06-2173 |
| FLM 8 06-368 | Ruby Moody v. Merck & Co., Inc., et al. | | 06-2174 |
| FLM 8 06-377 | Robert Catlin v. Merck & Co., Inc., et al. | | 06-2175 |
| **FLORIDA NORTHERN** | | | |
| FLN 1 06-41 | Joseph Brognano v. Merck & Co., Inc., et al. | | 06-2176 |
| **GEORGIA NORTHERN** | | | |
| GAN 1 06-428 | Claudine Jeanette Web, et al. v. Merck & Co., Inc. | | 06-2177 |
| **IOWA SOUTHERN** | | | |
| IAS 4 06-104 | Marjorie A. Hatcher v. Merck & Co., Inc. | | 06-2178 |
| **IDAHO** | | | |
| ID 1 06-86 | Lyndon C. Hall v. Merck & Co., Inc. | | 06-2179 |
| ID 1 06-87 | Joseph Bradish v. Merck & Co., Inc. | | 06-2180 |
| **ILLINOIS NORTHERN** | | | |
| ~~ILN 1 06-1354~~ | ~~Rebecca Moore, et al. v. Merck & Co., Inc.~~ | Opposed 4/20/06 | |
| **ILLINOIS SOUTHERN** | | | |
| ILS 3 06-167 | Ralph Trask, et al. v. Merck & Co., Inc. | | 06-2181 |
| ILS 3 06-202 | Mary Lahey v. Merck & Co., Inc. | | 06-2182 |
| ILS 3 06-210 | Leroy Morgan v. Merck & Co., Inc. | | 06-2183 |
| ILS 4 06-4050 | Samantha Windham, etc. v. Merck & Co., Inc. | | 06-2184 |
| **INDIANA NORTHERN** | | | |
| INN 2 06-70 | Michael R. Han v. Merck & Co., Inc. | | 06-2185 |

SCHEDULE CTO-46 TAG-ALONG ACTIONS (MDL-1657)　　　　　　　　　　　　PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **INDIANA SOUTHERN** | | |
| INS 1 06-433 | Pearlie Kathleen Kelley, et al. v. Merck & Co., Inc. | 06-2186 |
| **MARYLAND** | | |
| MD 1 06-523 | Diann McCants v. Merck & Co., Inc. | 06-2187 |
| MD 1 06-525 | Dorothy Grewe v. Merck & Co., Inc. | 06-2188 |
| MD 1 06-551 | John K. Salbeck, et al. v. Merck & Co., Inc. | 06-2189 |
| MD 1 06-692 | James D. Whitall v. Merck & Co., Inc. | 06-2190 |
| MD 1 06-693 | James M. Donahue v. Merck & Co., Inc. | 06-2191 |
| MD 1 06-694 | Gloria W. Miller v. Merck & Co., Inc. | 06-2192 |
| MD 1 06-695 | John E. Dell, et al. v. Merck & Co., Inc. | 06-2193 |
| **MINNESOTA** | | |
| MN 0 06-895 | Sharon Bolton, etc. v. Merck & Co., Inc. | 06-2194 |
| MN 0 06-908 | Arthur Ballantyne, et al. v. Merck & Co., Inc., et al. | 06-2195 |
| MN 0 06-909 | Samuel Bartley v. Merck & Co., Inc., et al. | 06-2196 |
| MN 0 06-910 | Mary Allen, et al. v. Merck & Co., Inc., et al. | 06-2197 |
| MN 0 06-911 | Kathleen Ackerman, et al. v. Merck & Co., Inc., et al. | 06-2198 |
| MN 0 06-912 | Isabelle Adkins, et al. v. Merck & Co., Inc., et al. | 06-2199 |
| MN 0 06-913 | Mary Ellen Adams, et al. v. Merck & Co., Inc., et al. | 06-2200 |
| MN 0 06-914 | Sandra Alwine v. Merck & Co., Inc., et al. | 06-2201 |
| MN 0 06-915 | Mohamoud Abdalle-Lassan, et al. v. Merck & Co., Inc., et al. | 06-2202 |
| MN 0 06-916 | Jose Acostas, et al. v. Merck & Co., Inc., et al. | 06-2203 |
| MN 0 06-917 | Ann M.G. Albright, et al. v. Merck & Co., Inc., et al. | 06-2204 |
| MN 0 06-918 | Alvin Anderson, et al. v. Merck & Co., Inc., et al. | 06-2205 |
| MN 0 06-919 | Paula Antoneli, et al. v. Merck & Co., Inc., et al. | 06-2206 |
| MN 0 06-920 | Marie Albanese, et al. v. Merck & Co., Inc., et al. | 06-2207 |
| MN 0 06-921 | Michael Andrews, et al. v. Merck & Co., Inc., et al. | 06-2208 |
| MN 0 06-922 | Mildred Abate, et al. v. Merck & Co., Inc., et al. | 06-2209 |
| MN 0 06-923 | Don Blodgett, et al, v. Merck & Co., Inc., et al. | 06-2210 |
| MN 0 06-924 | James Austin, et al. v. Merck & Co., Inc., et al. | 06-2211 |
| MN 0 06-925 | Ronnie Allen, et al. v. Merck & Co., Inc., et al. | 06-2212 |
| MN 0 06-926 | Willard Allanson, et al. v. Merck & Co., Inc., et al. | 06-2213 |
| MN 0 06-927 | Mary Banks v. Merck & Co., Inc., et al. | 06-2214 |
| MN 0 06-928 | Miguel G. Aponte v. Merck & Co., Inc., et. al. | 06-2215 |
| MN 0 06-929 | Irene Ahouse, et al. v. Merck & Co., Inc., et al. | 06-2216 |
| MN 0 06-930 | Janie Alston v. Merck & Co., Inc., et al. | 06-2217 |
| MN 0 06-931 | Louis Andrews, et al. v. Merck & Co., Inc., et al. | 06-2218 |
| MN 0 06-932 | Vernon Amie, et al. v. Merck & Co., Inc., et. al. | 06-2219 |
| MN 0 06-933 | Marie Allen, et al. v. Merck & Co., Inc., et al. | 06-2220 |
| MN 0 06-998 | Patricia J. Matthews v. Merck & Co., Inc. | 06-2221 |
| MN 0 06-999 | Beverly Speedling, etc. v. Merck & Co., Inc. | 06-2222 |
| MN 0 06-1019 | William McDonald v. Merck & Co., Inc. | 06-2223 |
| MN 0 06-1020 | Larry Kowalzek v. Merck & Co., Inc. | 06-2224 |
| MN 0 06-1021 | Earline Nelson v. Merck & Co., Inc. | 06-2225 |
| MN 0 06-1022 | Kenneth Nielsen v. Merck & Co., Inc. | 06-2226 |
| MN 0 06-1023 | Milford Reierson v. Merck & Co., Inc. | 06-2227 |
| MN 0 06-1024 | Wayne Bauer v. Merck & Co., Inc. | 06-2228 |
| MN 0 06-1025 | Anita Matheney v. Merck & Co., Inc. | 06-2229 |
| MN 0 06-1029 | Donald Johnson v. Merck & Co., Inc. | 06-2230 |
| MN 0 06-1079 | Dale Tuura v. Merck & Co., Inc. | 06-2231 |
| MN 0 06-1080 | Sharon Reid v. Merck & Co., Inc. | 06-2232 |
| MN 0 06-1081 | Nancy Moritz v. Merck & Co., Inc. | 06-2233 |
| MN 0 06-1084 | Francis Drouillard v. Merck & Co., Inc. | 06-2234 |
| MN 0 06-1086 | Dale Krause v. Merck & Co., Inc. | 06-2235 |

SCHEDULE CTO-46 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **MISSOURI EASTERN** | | | |
| MOE 4 06-388 | Jason Branaugh, etc. v. Merck & Co., Inc. | | 06-2236 |
| **MISSISSIPPI NORTHERN** | | | |
| MSN 2 05-229 | Syetha Perry v. Merck & Co., Inc., et al. | | 06-2237 |
| **MONTANA** | | | |
| ~~MT 6 06-7~~ | ~~State of Montana, et al. v. Merck & Co., Inc.~~ | Opposed 4/19/06 | |
| **NEW YORK EASTERN** | | | |
| NYE 2 06-773 | Kathleen Hoffner, et al. v. Merck & Co., Inc. | | 06-2238 |
| **NEW YORK SOUTHERN** | | | |
| NYS 1 06-1425 | Karla LaMaruggine, etc. v. Merck & Co., Inc. | | 06-2239 |
| NYS 1 06-1572 | Virginia Acevedo v. Merck & Co., Inc. | | 06-2240 |
| NYS 1 06-1790 | Carolyn Williams v. Merck & Co., Inc. | | 06-2241 |
| NYS 1 06-1834 | Ana Bonilla v. Merck & Co., Inc. | | 06-2242 |
| **NEW YORK WESTERN** | | | |
| NYW 6 06-6130 | Rose Sfeir v. Merck & Co., Inc., et al. | | 06-2243 |
| **OHIO NORTHERN** | | | |
| OHN 1 06-290 | Jeanine McDowell v. Merck & Co., Inc. | | 06-2244 |
| **OKLAHOMA NORTHERN** | | | |
| OKN 4 06-126 | Terri Fabes v. Merck & Co., Inc., et al. | | 06-2245 |
| **OKLAHOMA WESTERN** | | | |
| OKW 5 06-236 | Steven Shaub v. Merck & Co., Inc. | | 06-2246 |
| **PENNSYLVANIA EASTERN** | | | |
| PAE 2 06-896 | Cherry Kay Griffin, et al. v. Merck & Co., Inc., et al. | | 06-2247 |
| PAE 2 06-1016 | Shirley Amundson, et al. v. Merck & Co., Inc., et al. | | 06-2248 |
| PAE 2 06-1040 | Mark Hennelly, et al. v. Merck & Co., Inc. | | 06-2249 |
| PAE 2 06-1046 | Leonard Bengtson, et al. v. Merck & Co., Inc., et al. | | 06-2250 |
| **RHODE ISLAND** | | | |
| RI 1 06-110 | Marie-Jose Vannieuwenhuize v. Merck & Co., Inc. | | 06-2251 |
| **SOUTH DAKOTA** | | | |
| SD 1 06-1006 | Doris Adolph v. Merck & Co., Inc. | | 06-2252 |
| SD 4 06-4054 | Steven D. Krier v. Merck & Co., Inc. | | 06-2253 |
| **TENNESSEE EASTERN** | | | |
| TNE 1 06-60 | Poppy Stiner, et al. v. Merck & Co., Inc. | | 06-2254 |
| TNE 2 06-48 | Jeffrey E. Whitaker, et al. v. Merck & Co., Inc. | | 06-2255 |
| **TEXAS EASTERN** | | | |
| TXE 2 06-82 | Roy Allman, et al. v. Merck & Co., Inc. | | 06-2256 |
| TXE 2 06-88 | Larry Ward, et al. v. Merck & Co., Inc. | | 06-2257 |
| TXE 2 06-97 | Melinda Jurls v. Merck & Co., Inc. | | 06-2258 |
| TXE 9 06-55 | Joe Belin, et al. v. Merck & Co., Inc., et al. | | 06-2259 |
| **TEXAS NORTHERN** | | | |
| TXN 2 06-50 | Joanne Burson, etc. v. Merck & Co., Inc. | | 06-2260 |

SCHEDULE CTO-46 TAG-ALONG ACTIONS (MDL-1657)					PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS SOUTHERN** | | |
| TXS 2 06-100 | Frederica Hinman Ware, etc. v. Merck & Co., Inc. | 06-2261 |
| TXS 2 06-114 | Rose Mary Smith, et al. v. Merck & Co., Inc. | 06-2262 |
| TXS 4 06-732 | Maple Sessions v. Merck & Co., Inc., et al. | 06-2263 |
| TXS 7 06-77 | Raquel Rebecca Sanchez, et al. v. Merck & Co., Inc. | 06-2264 |
| **UTAH** | | |
| UT 2 06-166 | Garth Hustead v. Merck & Co., Inc. | 06-2265 |
| **WASHINGTON WESTERN** | | |
| WAW 2 06-278 | Margaret Allen v. Merck & Co., Inc. | 06-2266 |
| **WYOMING** | | |
| WY 2 06-51 | Paul R. Kniss, etc. v. Merck & Co., Inc. | 06-2267 |